**Motion Denied; Order filed December 3, 2015.**



**In The**

# Fourteenth Court of Appeals

———————

**NO. 14-15-00358-CR**

———————

**KENNY JACKSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 177th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1447087**

## ORDER

Appellant is represented by retained counsel, Connie B. Williams. Appellant's brief was originally due July 23, 2015**.** We have extended the deadline for filing appellant's brief more than 90 days; the last extension was until November 13, 2015. No brief was filed. On November 24, 2015, counsel filed a further request for extension of time to file appellant's brief. Counsel did not allege any exceptional circumstances in the request.

We deny the request for extension and issue the following order.

We order Connie B. Williams to file a brief with the clerk of this court on or before December 30, 2015. If counsel does not timely file appellant's brief as ordered, the court will issue an order abating the appeal and directing the trial court to conduct a hearing to determine the reason for the failure to file the brief and the consideration of sanctions, appointment of new counsel, or other appropriate relief.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Boyce and Wise.